UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELVIN WALKER,

        Plaintiff,

                                      Case No. 24-cv-12730
v.                                  Honorable Linda V. Parker

THE DOW CHEMICAL COMPANY
and DOW SILICONES CORP.,

        Defendant,

_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO WITHDRAW REFERENCE TO THE MAGISTRATE JUDGE

On October 16, 2024, Plaintiff Kelvin Walker initiated this lawsuit against Defendants Dow Chemical Company and Dow Silicones Corporation. As with every civil action filed in this District, at the time of filing, the matter was assigned to a district judge and a magistrate judge. Magistrate Judge Patricia T. Morris was the assigned magistrate judge.

Recently, Plaintiff filed a motion to compel discovery responses from Dow Silicones (ECF No. 28), which this Court referred to Magistrate Judge Morris for determination pursuant to 28 U.S.C. § 636(b)(1)(A) (ECF No. 29). Plaintiff now moves to have the reference withdrawn, contending that Magistrate Judge Morris *has* a conflict due to her purported financial interest in Dow Chemical. (ECF No. 30.) Interestingly, Plaintiff does not seek to have the matter in general reassigned

to a different magistrate judge, only the pending motion.  Defendants oppose the motion.

Undoubtedly, a judicial officer holding a financial interest in a party to the proceeding must recuse him or herself.  *See* 28 U.S.C. § 455(b)(4).  Plaintiff's assertion of a conflict here, however, is based on Magistrate Judge Morris' 12-year-old Financial Disclosure Report.  (*See* ECF No. 30-1.)  It reflects stock Magistrate Judge Morris held from January 1, 2013, to November 17, 2014.  (*Id.*)  Plaintiff fails to share that Magistrate Judge Morris' Financial Disclosure Reports for the last five years reflect no financial interest in either Dow Chemical or Dow Silicone.  (*See* ECF Nos. 32-2 to 32-7.)

Therefore, Plaintiff fails to demonstrate any reason to withdraw the reference to Magistrate Judge Morris.  This Court is confident that if Magistrate Judge Morris had a conflict, she would have recused herself entirely from this matter.  Plaintiff's motion to withdraw the reference (ECF No. 30) is **DENIED**.

**SO ORDERED.**

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: March 16, 2026

2